```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FERMIN PENA,                                    :
                        Petitioner,             :
            -against-                           :
H.D. GRAHAM, Superintendent,                    :
                        Respondent.             :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/08

08 Civ. 3828 (SHS) (THK)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

**XX** Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: Defendants' motion for summary judgment

All such motions: ____

Dated: New York, New York
       May 1, 2008

SO ORDERED.

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.