

FERMIN PENA, # 03-A-1587
AUBURN CORRECTIONAL FACILITY
PO BOX 618
AUBURN, NEW YORK 13024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 9/5/08
```

Theodore H. Katz
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

08 Civ. 3828 (SHS)(THK)

August 28, 2008

SIR:       **MEMO ENDORSED**

I would like to have permission from this Honorable Court, to be able to respond to the "AFFIDAVIT IN OPPOSITION", of Nancy D. Killian, from the District Attorney's office of Bronx County. **Received on August 25, 2008.**

I am seeking the appropriate time period of 45 days to file my brief in support regarding the Habeas Corpus proceeding within this matter.

I do thank you for your time, consideration and response within this matter.

Respectfully,

FERMIN PENA

*Fermin Pena*

ADA NANCY D. KILLIAN
OFFICE OF THE DISTRICT ATTORNEY
BRONX COUNTY
BRONX, NY 10451

*The Response to the opposition to the petition shall be filed by October 17, 2008.*

**SO ORDERED**
9/4/08
*Theo. H. Katz*
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 9/5/08