USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FERMIN PENA,                                :    08 Civ. 3828 (SHS) (THK)

                Petitioner,     :

    -against-                             :    ORDER

H.D. GRAHAM, Superintendent,                :

                Respondent.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       In a Report and Recommendation dated December 3, 2009, Magistrate Judge Theodore H. Katz recommended that the petition for a writ of *habeas corpus* be denied and this action be dismissed. To date, no objections have been received from petitioner. Accordingly,

       IT IS HEREBY ORDERED that:

       1.    Magistrate Judge Katz's "Report and Recommendation" is adopted;

       2.    The petition for a writ of *habeas corpus* is denied, and the action is dismissed;

       3.    As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see also Richardson v. Greene, 497 F.3d 212, 217 (2d Cir. 2007); and

4. Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
December 30, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.